**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. PX-20-044** |
| **ALLEN LAMIN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | ******* | |

**GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, hereby submits the Government's Supplemental Memorandum in Aid of Sentencing.

**I.**     **Argument**

Following submission of its sentencing memorandum, (ECF No. 41), and response to the Defendant's sentencing memorandum, (ECF No. 52), the Government received a victim impact statement from Victim 4. The Government is submitting that statement for the Court's review in advance of sentencing. (Ex. 50.) The Government is also submitting documentation from Bank of America supporting its restitution request for $54,526.87. (Ex. 49, 49-1.)

Separately, in advance of the Defendant's sentencing, the Government is submitting a revised Exhibit 2. (Ex. 2.) The Supplemental Declaration of U.S. Postal Inspector Daniel Wessel sets forth the three typographical errors fixed on the revised Exhibit 2. (Ex. 51 ¶ 2.) Additionally, revised Exhibit 2 now notes the four instances when Lamin deposited fraudulently altered postal money orders that he stole from the Prince George's Plaza Post Office on February 7, 2019, depositing these postal money orders into a bank account held in his own name. (Ex. 51 ¶ 3.)

Finally, in advance of the Defendant's sentencing, the Government is submitting bank statements for accounts at the victim financial institutions that were used by the Defendant to deposit fraudulently altered postal money orders, as seen on surveillance cameras.  (Ex. Nos. 35, 36, 38-48; *see generally* ECF No. 45-2.)  The bank statements show the ATM withdrawals, point of sale purchases, withdrawals from tellers, and debit card purchases made using these accounts after the deposit of the fraudulently altered postal money orders.  (*Id.*)  The Government is also submitting surveillance images showing the Defendant making ATM cash withdrawals from a bank account in the name of Business 3.  (Ex. 37.)  The Defendant was captured on surveillance footage depositing fraudulently altered postal money orders into the same Bank of America account held in the name of Business 3.  (*See* ECF No. 45-2 at 39-44.)

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: ____/s/_____
Rajeev R. Raghavan
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on September 21, 2021, and thus served upon defense counsel.

_____/s/_____
Rajeev R. Raghavan
Assistant United States Attorney